```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

NINA KING ET AL.,
              Plaintiffs,      22-cv-3385 (JGK)

    - against -             ORDER

WHITE HOUSE BLACK MARKET, INC.,
              Defendant.

JOHN G. KOELTL, District Judge:

    The time to file a Rule 26(f) report is stayed. The plaintiff may file an amended complaint by **July 15, 2022**. The time for the defendant to move or to answer the amended complaint is **August 5, 2022**. If a motion, the time for the plaintiff to respond is **August 19, 2022**. The time for the defendant to reply is **August 29, 2022**. If an answer, the parties should file a Rule 26(f) report two weeks after the answer is filed. The conference scheduled for July 19, 2022 is canceled.

SO ORDERED.
Dated:    New York, New York
           July 7, 2022

                                        /s/ John G. Koeltl
                                            John G. Koeltl
                                     United States District Judge