```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
─────────────────────────────────

**NINA KING, ET AL.,**

        Plaintiffs,

   - against -

**WHITE HOUSE BLACK MARKET, INC.,**

        Defendant.

22-cv-3385 (JGK)

ORDER

─────────────────────────────────

**JOHN G. KOELTL, District Judge:**

The defendant should provide the court with courtesy copies of the pending motion to dismiss.

**SO ORDERED.**

Dated:   New York, New York
           August 29, 2022

                                       /s/ John G. Koeltl
                                        John G. Koeltl
                                 United States District Judge