# BURSOR & FISHER
### P.A.

888 SEVENTH AVENUE
NEW YORK, NY 10019
www.bursor.com

YITZCHAK KOPEL
Tel: 646.837.7510
Fax: 212.989.9163
ykopel@bursor.com

February 13, 2023

*Via ECF*
The Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

Re:   *King v. White House Black Market, Inc.*, Case No. 1:22-cv-03385-JGK

Dear Judge Koeltl:

Together with counsel for Defendant, the parties write in accordance with Rule 1.A of Your Honor's Individual Practices to jointly request a stay of the above-captioned case, including ruling on the currently-pending motion to dismiss, while the parties explore the possibility of resolution of this matter.

The parties have scheduled a private settlement conference for March 14, 2023. The parties believe it is in their best interests and in the interest of judicial economy—and that their chances for a resolution will be enhanced—if the case is temporarily stayed so that the parties may focus their time and resources on their mediation efforts.

Subject to Your Honor's approval, on or before March 21, 2023, the parties will provide the Court with a status report regarding their settlement efforts.

Thank you for your consideration to this matter.

JACKSON LEWIS P.C.

/s/ *Adam Gross*
Adam Gross

*Attorneys for Defendant*

BURSOR & FISHER, P.A.

/s/ *Yitzchak Kopel*
Yitzchak Kopel

*Attorneys for Plaintiffs*

The case is stayed. The parties should provide a status report no later than March 17, 2023.

So ordered.
John G. Koeltl
U.S.D.J.
2/13/23